United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 28 1998

Michael N. Milby, Clerk of Court

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA A. BERGSTROM, Individually and as Trustee of the PATRICIA A. BERGSTROM TRUST | § § § § | |
| VS. | § | CIVIL ACTION NO. B-97-278 |
| JURAN AND MOODY, a/k/a JM DISSOLUTION, JM CAPITAL CORPORATION, JURAN AND MOODY FINANCIAL GROUP, INC. MILLER JOHNSON AND KUEHN, INC. AND AL ANDERSON | § § § § § § § | |

## FIAT

Notice is hereby given that Defendant Miller, Johnson & Kuehn, Inc.'s Motion for Summary Judgment is hereby set for hearing on the _10TH_ day of _AUGUST_, 1998, at _10:00_ o'clock _A_ .m. in the Courtroom of the Honorable ~~Filemon B. Vela~~ _JOHN WM. BLACK_, United States District Court, 500 East Tenth Street, Brownsville, Texas.

SIGNED on this _28TH_ day of _JULY_, 1998.

_____
United States ~~District~~ Judge
_MAGISTRATE_

Copies to:
Rene O. Oliveira, 855 W. Price, Suite 9, Brownsville, TX 78520
Charlie Baumann, 3400 Chase Tower, 600 Travis, Houston, TX 77002-3095
Philip T. Colton, 2000 Midwest Plaza Bldg. West, 801 Nicollet Mall, Minneapolis, MN 55402-2534
Denis A. Downey, 1185 F.M. 802, Suite 3, Brownsville, TX 78521
Norton A. Colvin, Jr., P. O. Box 2155, Brownsville, TX 78522