*12*

United States District Court
Southern District of Texas
ENTERED
AUG 1 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 11 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| PATRICIA A. BERGSTROM, Individually and as Trustee of the PATRICIA A. BERGSTROM TRUST | * * * * |
| VS. | * CIVIL ACTION NO. B-97-278 |
| JURAN AND MOODY a/k/a JM DISSOLUTION; JM CAPITAL CORPORATION; JURAN AND MOODY FINANCIAL GROUP, INC.; MILLER, JOHNSON & KUEHN, INC.; and AL ANDERSON | * * * * * * |

### ORDER GRANTING MOTION TO CHANGE VENUE

CAME ON FOR CONSIDERATION the Amended Motion to Change Venue of Defendants Juran and Moody a/k/a JM Dissolution, JM Capital Corporation, Juran and Moody Financial Group, Inc., and Al Anderson, which is not opposed by Defendant Miller, Johnson & Kuehn, Inc. After considering the pleadings on file herein, the evidence and the arguments of counsel, the Court is of the opinion that said motion should be GRANTED and this entire cause should be transferred; It is therefore

ORDERED that this cause shall be transferred to the District of Minnesota (4th Division).

DONE at Brownsville, Texas, on this 7th day of August, 1998.

_____
JUDGE PRESIDING